UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

STEPHEN D. VANCE,

    Plaintiff,

    v.

,

    Defendant.

Case No. 21-cv-04948-PJH

**ORDER OF DISMISSAL**

    This case was opened when plaintiff, a Texas state prisoner proceeding pro se, wrote a letter to the court.  In an effort to protect his rights, it was filed as a new case.  Plaintiff was informed that he had not filed a complaint and was given twenty-eight days to do so.  He also was sent a notice that he had not paid the filing fee or applied for leave to proceed in forma pauperis ("IFP"); again, he was allowed twenty-eight days to either pay the fee or file the application.  Plaintiff has now filed a notice that he did not intend to initiate an action and seeks to dismiss this case.  This case is therefore **DISMISSED** without prejudice pursuant to Fed. R. Civ. P. 41(a).  No fee is due.

    **IT IS SO ORDERED.**

Dated: July 19, 2021

                                                                    /s/ Phyllis J. Hamilton
                                                                    PHYLLIS J. HAMILTON
                                                                    United States District Judge

United States District Court
Northern District of California